UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:14–cv–07322–DSF–PLA          Date   1/20/2015

Title      PATRICIA J BARRY ET AL V. CHRISTINE SOUHRADA ET AL

Present:   The Honorable   DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

          Debra Plato                                Not Present
          Deputy Clerk                              Court Reporter

   Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
          Not Present                                Not Present

**Proceedings:**      (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL
                 FOR LACK OF PROSECUTION

        Absent a showing of good cause, an action must be dismissed without prejudice
if the summons and complaint are not served on a defendant within 120 days after the
complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the
complaint within 21 days after service (60 days if the defendant is the United States).
Fed. R. Civ. Proc. 12(a)(1).

        In the present case, it appears that one or more of these time periods has not
been met. Accordingly, the Court, on its own motion, orders plaintiff(s) to show
cause in writing on or before **Monday, February 23, 2015**, why this action should
not be dismissed as to the applicable defendant(s) for lack of prosecution. Pursuant to
Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is
appropriate for submission without oral argument. The Order to Show Cause will
stand submitted on that date.

        Filing of the following on or before the date indicated above will constitute a
satisfactory response to the Order to Show Cause:

   XX   Proofs of service of summons and complaint on all defendants for whom
        such documents have not yet been filed;

   ___   An appearance by all defendants who have been served or an application
        for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil
        Procedure;

   ___   A request that the clerk enter default judgment or motion for entry of
        default judgment pursuant to Rule 55(b) of the Federal Rules of Civil
        Procedure.

   **IT IS SO ORDERED.**

                                        Initials of Deputy Clerk:  dp