**JS 6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA J. BARRY, et al., ) | Case No.: CV 14-7322 DSF (PLAx) |
| Plaintiff, ) | |
| vs. ) | JUDGMENT |
| CHRISTINE SOUHRADA, et al., ) | |
| Defendants. ) | |
| _____ ) | |

The Court previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and extended the deadline for service until April 20, 2015, noting that no further extensions would be granted.  As Plaintiff has not provided any proof that service has been made,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: _____        5/28/15

_____
Dale S. Fischer
United States District Judge